UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: BROGAN, JAMES E § Case No. 12-67902-MBM
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 29, 2012. The undersigned trustee was appointed on December 29, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $          23,508.63

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 114.81 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $          23,393.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/03/2013 and the deadline for filing governmental claims was 06/03/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,100.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,100.86, for a total compensation of $3,100.86.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2014       By: /s/STUART A. GOLD
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-67902-MBM  
**Case Name:** BROGAN, JAMES E

**Period Ending:** 02/19/14

**Trustee:** (420360) STUART A. GOLD  
**Filed (f) or Converted (c):** 12/29/12 (f)  
**§341(a) Meeting Date:** 02/07/13  
**Claims Bar Date:** 06/03/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH, APPROX. | 50.00 | 0.00 | | 0.00 | FA |
| 2 | BANK OF AMERICA, APPROX. | 400.00 | 0.00 | | 0.00 | FA |
| 3 | GENISYS CREDIT UNION, APPROX. | 8.00 | 0.00 | | 0.00 | FA |
| 4 | SECURITY DEPOSIT WITH LANDLORD | 2,100.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | MISC. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | PERSONAL/APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8 | WATCH | 30.00 | 0.00 | | 0.00 | FA |
| 9 | FIREARMS, SPORTS EQUIPMENT & MISC. | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | TERM | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA, APPROX. | 10,960.72 | 0.00 | | 0.00 | FA |
| 12 | IRA, APPROX. | 1,276.06 | 0.00 | | 0.00 | FA |
| 13 | JEB LEASE SOLUTIONS LLC (LIABILITIES EXCEED ASSE | 0.00 | 0.00 | | 0.00 | FA |
| 14 | EST. 2012 TAX REFUND<br>    Scheduled value changed per 2/20/13 amendment | 7,899.00 | 0.00 | | 0.00 | FA |
| 15 | 2008 BMW 128I | 14,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2013 MAZDA 6 - LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 17 | HOUSE RENTAL @ 5818 NORTHFIELD PKWY, TROY, MI 48 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 1991 FORD F-150 TRUCK  (u)<br>    * Added per 2/11/13 Report of Undisclosed Assets<br>    ** See asset #19 for global settlement with debtor | 0.00 | 0.00 | | 0.00 | FA |
| 19 | MEMBERSHIP INTEREST IN LEASE INTEGRITY GROUP LLC  (u)<br>    Added per 3/12/13 Report of Undisclosed Assets | 18,500.00 | 18,500.00 | | 18,500.00 | FA |
| 20 | POSSIBLE FRAUDULENT TRANSFER  (u)<br>    See asset #19 for global settlement with debtor | 0.00 | 0.00 | | 0.00 | FA |
| 21 | AMERICAN EXPRESS PREFERENCE  (u)<br>    No cause of action | 6,163.43 | 6,163.43 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-67902-MBM  **Trustee:** (420360) STUART A. GOLD
**Case Name:** BROGAN, JAMES E  **Filed (f) or Converted (c):** 12/29/12 (f)
 **§341(a) Meeting Date:** 02/07/13
**Period Ending:** 02/19/14  **Claims Bar Date:** 06/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 22  FIFTH THIRD BANK PREFERENCE (u) | 1,259.29 | 1,259.29 | | 1,259.29 | FA |
| 23  HSBC PREFERENCE (u) no cause of action | 600.00 | 600.00 | | 0.00 | FA |
| 24  U.S. BANK PREFERENCE (u) | 7,008.74 | 3,749.34 | | 3,749.34 | FA |
| 24  **Assets  Totals** (Excluding unknown values) | **$78,755.24** | **$30,272.06** | | **$23,508.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

    2.2014 - Ready for TFR

    1.2014 - Settlement reached; Motion filed

    7.2013 - Objection to Discharge complaint filed

    4.2013 - Pursue possible fraudulent transfer; Investigate interest in businesss

**Initial Projected Date Of Final Report (TFR):** February 1, 2015  **Current Projected Date Of Final Report (TFR):** February 1, 2015

_____  /s/ STUART A. GOLD
    February 19, 2014  _____
           Date  STUART A. GOLD

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-67902-MBM  
**Case Name:** BROGAN, JAMES E  

**Taxpayer ID #:** **-***0586  
**Period Ending:** 02/19/14  

**Trustee:** STUART A. GOLD (420360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/13 | {22} | FIFTH THIRD | TURNOVER OF PREFERENCE PER 3/5/13 DEMAND LETTER | 1241-000 | 1,259.29 | | 1,259.29 |
| 05/07/13 | {24} | CARDMEMBER SERVICES | TURNOVER OF PREFERNECE PER DEMAND | 1241-000 | 3,749.34 | | 5,008.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,998.63 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,988.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,978.63 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,968.63 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,958.63 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,948.63 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,938.63 |
| 12/30/13 | {19} | LEASE INTEGRITY GROUP LLC | SETTLEMENT P/O 02/04/14 | 1290-000 | 18,500.00 | | 23,438.63 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 23,428.63 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 23,393.82 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 23,508.63 | 114.81 | **$23,393.82** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 23,508.63 | 114.81 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$23,508.63** | **$114.81** | |

Net Receipts : 23,508.63  
Net Estate : $23,508.63  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2866** | 23,508.63 | 114.81 | 23,393.82 |
| | $23,508.63 | $114.81 | $23,393.82 |

{} Asset reference(s)

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** June 3, 2013

**Case Number:** 12-67902-MBM  Page: 1  **Date:** February 19, 2014
**Debtor Name:** BROGAN, JAMES E   **Time:** 01:23:14 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | STUART A. GOLD<br>24901 NORTHWESTERN HWY<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $3,100.86 | $0.00 | 3,100.86 |
| 200 | GOLD, LANGE & MAJOROS, P.C.<br>24901 NORTHWESTERN HWY.<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $8,733.00 | $0.00 | 8,733.00 |
| 200 | GOLD, LANGE & MAJOROS, P.C.<br>24901 NORTHWESTERN HWY.<br>SUITE 444<br>SOUTHFIELD, MI 48075 | Admin Ch. 7 | | $42.52 | $0.00 | 42.52 |
| 200 | U.S. BANKRUPTCY COURT<br>211 W. FORT STREET<br>17TH FLOOR<br>DETROIT, MI 48226 | Admin Ch. 7 | | $293.00 | $0.00 | 293.00 |
| 1<br>610 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243 | Unsecured | #5622<br>ALLOWED | $97.35 | $0.00 | 97.35 |
| 2<br>610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | #3005<br>ALLOWED | $3,295.17 | $0.00 | 3,295.17 |
| 3<br>610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | #3009<br>ALLOWED | $725.82 | $0.00 | 725.82 |
| 4<br>610 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | #9648<br>ALLOWED | $706.81 | $0.00 | 706.81 |
| 5<br>610 | AFFINITY GROUP<br>CU AKA: WYSOUTH FCU<br>144 E. PIKE ST.<br>PONTIAC, MI 48342 | Unsecured | CLAIM REGISTER INDICATES --- "Claim does not exist for this case -- ENTERED IN ERROR" | $0.00 | $0.00 | 0.00 |
| 6<br>610 | LIANA BROGAN<br>3625 ESTATES DR.<br>TROY, MI 48084 | Unsecured | WITHDRAWN P/O 02/18/14 | $0.00 | $0.00 | 0.00 |
| 7<br>610 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | #4692<br>ALLOWED | $4,341.39 | $0.00 | 4,341.39 |
| 8<br>610 | COMMERCIAL COST CONTROL, INC.<br>ATTN: CALVIN BOYDSTUN<br>210 GALLANT CT.<br>COLLEYVILLE, TX 76034 | Unsecured | ALLOWED | $75,000.00 | $0.00 | 75,000.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 3, 2013

**Case Number:** 12-67902-MBM  
**Debtor Name:** BROGAN, JAMES E

Page: 2

**Date:** February 19, 2014  
**Time:** 01:23:14 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 96,335.92 | 0.00 | 96,335.92 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-67902-MBM
Case Name: BROGAN, JAMES E
Trustee Name: STUART A. GOLD

**Balance on hand:** $ 23,393.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 23,393.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STUART A. GOLD | 3,100.86 | 0.00 | 3,100.86 |
| Attorney for Trustee, Fees - GOLD, LANGE & MAJOROS, P.C. | 8,733.00 | 0.00 | 8,733.00 |
| Attorney for Trustee, Expenses - GOLD, LANGE & MAJOROS, P.C. | 42.52 | 0.00 | 42.52 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses: $ 12,169.38
Remaining balance: $ 11,224.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,224.44

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,224.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,166.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 1 | FIFTH THIRD BANK | 97.35 | 0.00 | 12.98 |
| 2 | AMERICAN EXPRESS BANK FSB | 3,295.17 | 0.00 | 439.44 |
| 3 | AMERICAN EXPRESS BANK FSB | 725.82 | 0.00 | 96.80 |
| 4 | CAPITAL ONE, N.A. | 706.81 | 0.00 | 94.26 |
| 7 | US BANK N.A. | 4,341.39 | 0.00 | 578.97 |
| 8 | COMMERCIAL COST CONTROL, INC. | 75,000.00 | 0.00 | 10,001.99 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 11,224.44 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**